UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIVONNIE JONES,

      Plaintiff,

v.

ANNE MAROULIS, et al.,

      Defendants.

      /

Case No.  1:10-CV-300

Hon. Gordon J. Quist

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on Plaintiff on November 29, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 28, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion For Summary Judgment (docket no. 80) is **GRANTED**, and Plaintiff's claims against Defendants Kennerly and Czop are **dismissed without prejudice** for lack of exhaustion.

This case is **concluded**.

Dated:  January 5, 2012

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE